# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **JAMES BLAND, as personal Representative of the Estate of JOSHUA MICHAEL HALL, deceased,** | ) ) ) ) | |
| **Plaintiff,** | ) ) | |
| v. | ) ) | No. CIV-21-664-R |
| **M-COMPANY TRANSPORT, INC.,** a foreign corporation; and **MICHAEL ALVAREZ, an individual,** | ) ) ) ) | |
| **Defendants.** | ) ) | |
| and | ) ) | |
| **SHANNON LINGLE, as the Surviving Spouse of JASON LINGLE, deceased,** | ) ) ) | |
| **Plaintiff,** | ) ) | |
| vs. | ) ) | No. CIV-21-665-R |
| **M-COMPANY TRANSPORT, INC.,** a foreign for-profit corporation, and **MICHAEL ALVAREZ, an individual,** | ) ) ) ) | |
| **Defendants.** | ) | |

## **ORDER**

These cases had previously been consolidated for discovery purposes only. On October 6, 2021, the Court issued an Order determining that the cases should be consolidated for all purposes, including trial, and granting the parties until October 14, 2021 to object. As no objections have been filed, the Court hereby orders that these cases

be consolidated in their entireties, with the base file being CIV-21-664. This Order shall be filed in both cases. All future filings in these actions shall be filed only under Case No. CIV-21-664-R.

    IT IS SO ORDERED this 19th day of October 2021.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE